**FILED**
**Aug 26, 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-MJ-00084-BAM |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT |
| AMADO ESCOBEDO JR.; DOROTEO GONZALES, | |
| Defendants. | |

The United States applied to this Court for the complaint in this case to remain under seal to prevent the destruction of evidence and flight of the target of the investigation. The targets of this investigation are in custody and the need for sealing with respect to the complaint having therefore ceased;

IT IS ORDERED that the complaint filed in the above-entitled matter shall be unsealed.

Dated: 8/25/21

*B. McAuliffe*
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE