1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                     IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            CASE NO.  1:21-CR-00222-NODJ-BAM

12                      Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13             v.                         FINDINGS AND ORDER

14  AMADO ESCOBEDO, JR.,                  DATE: February 5, 2024
    DOROTEO GONZALES,                     TIME: 8:30 a.m.
15                                        COURT: NODJ
                        Defendants.
16

17
                              **STIPULATION**
18
        1.      By previous order, this matter was set for trial confirmation on February 5, 2024 and trial
19
    for February 21, 2024.
20
        2.      By this stipulation, defendants now move to vacate the trial confirmation and trial and set
21
    a change of plea hearing for February 20, 2024, and to exclude time between February 5, 2024, and
22
    February 20, 2024.
23
        3.      The parties agree and stipulate, and request that the Court find the following:
24
        a)      The government has represented that the discovery associated with this case
25
    includes investigative reports, laboratory reports, video surveillance, audio surveillance,
26
    interview recordings, and criminal history information, totaling several gigabytes of electronic
27
    data. All of this discovery has been either produced directly to counsel and/or made available for
28
    inspection and copying.

       STIPULATION REGARDING EXCLUDABLE TIME         1
       PERIODS UNDER SPEEDY TRIAL ACT

1

2        b)      In order to accomplish continuity of counsel and in consideration of scheduling

conflicts, defense counsel requests a change of plea on February 20, 2024.

3        c)      Counsel for defendants believe that failure to grant the above-requested

4 continuance would deny them the reasonable time necessary for effective preparation, taking into

5 account the exercise of due diligence.

6        d)      The government does not object to the proposed date.

7        e)      Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within the

9 original date prescribed by the Speedy Trial Act.

10       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11 et seq., within which trial must commence, the time period of February 5, 2024 to February 20,

12 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it

13 results from a continuance granted by the Court at defendant's request on the basis of the Court's

14 finding that the ends of justice served by taking such action outweigh the best interest of the

15 public and the defendant in a speedy trial.

16    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

17 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18 must commence.

19       IT IS SO STIPULATED.

20

21

22  Dated:  January 31, 2024                     PHILLIP A. TALBERT
                                                 Acting United States Attorney

23

24                                               /s/ KIMBERLY A. SANCHEZ
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney
25

26

27  Dated:  January 31, 2024                     /s/ Monica Bermudez
                                                 MONICA BERMUDEZ
                                                 Counsel for Defendant
28                                               Amado Escobedo Jr.

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  January 31, 2024

/s/ Peter Jones
Peter Jones
Counsel for Defendant
Doroteo Gonzales

### ORDER

IT IS SO ORDERED that the jury trial set for February 21, 2024, and trial confirmation set for February 5, 2024, are vacated. A change of plea hearing is set for **February 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 31, 2024**                          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3